KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARVINDER SINGH, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>DAVID STILL, USCIS District Director; DONALD NEUFELD, Acting Director, Nebraska Service Center; MICHAEL CHERTOFF, Secretary of the Homeland Security; ALBERTO GONZALES, Attorney General of the United States; and Does 1 thru 50, <br><br>　　　　Defendants. | No. C 05-2313 BZ <br><br> **STIPULATION TO EXTEND DATES; and ORDER** |

　　Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about June 7, 2005, but did not serve the U.S. Attorney's Office until August 4, 2005. Defendants' answer is currently due on October 3, 2005.

　　2. Pursuant to this Court's June 7, 2005 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on October 11, 2005, and attend a case management conference on October 17, 2005.

　　3. In order to allow sufficient time for USCIS to complete its adjudication of plaintiff's

Stipulation for Extension
C 05-2313 BZ

1  Refugee Asylee Relative Petitions (Form I-130), the parties hereby respectfully ask this Court to
2  extend the dates in the Court's scheduling order as follows:
3     Last day to file an answer:					November 2, 2005
4     Last day to file ADR documents:				December 5, 2005
5     Last day to file/serve Joint Case Management Statement:	December 19, 2005
6     Case Management Conference:				January 9, 2006, at 4:00 p.m.

8  Date: September 22, 2005			Respectfully submitted,
9  						KEVIN V. RYAN
						United States Attorney

12  					_____/s/_____
					ILA C. DEISS
					Assistant United States Attorney
13					Attorneys for Defendants

16  					_____/s/_____
   Date: September 22, 2005		ASHWANI K. BHAKHRI
17					Attorney for Plaintiff

18					**ORDER**

20     Pursuant to stipulation, IT IS SO ORDERED.

23  Date:  September 26, 2005		[signature]
					BERNARD ZIMMERMAN
					United States District Judge

Stipulation for Extension
C 05-2313 BZ