KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARVINDER SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID STILL, USCIS District Director; ) <br> DONALD NEUFELD, Acting Director, Nebraska ) <br> Service Center; MICHAEL CHERTOFF, ) <br> Secretary of the Homeland Security; ALBERTO ) <br> GONZALES, Attorney General of the United ) <br> States; and Does 1 thru 50, ) <br> ) <br> Defendants. ) <br> ) | No. C 05-2313 JSW <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's naturalization application on November 22, 2005.

Each of the parties shall bear their own costs and fees.


///



Stipulation to Dismiss
C 05-2313 JSW

| | | |
|---|---|---|
| 1 | Date: December 1, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

                                                        /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: December 1, 2005                                    /s/
ASHWANI K. BHAKHRI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 5, 2005                         _____
JEFFREY S. WHITE
United States District Judge

Stipulation to Dismiss
C 05-2313 JSW